476 A.2d 81

Hohensee, Appellant, v. Schwartz.

 Submitted February 3, 1984. Ervin Hohensee, appellant, in propria persona; W. Alan Williams, for appellee.

584

Before CIRILLO, BECK and JOHNSON, JJ.

Appeal quashed.